is plainly impermissible under this Court's holdings in *Godfrey* v. *Georgia*, 446 U. S. 420, 428–429 (1980) (striking down instruction allowing jury to find aggravating circumstance if murder was "'outrageously or wantonly vile, horrible and inhuman'"), and *Maynard* v. *Cartwright*, 486 U. S. 356, 363–364 (1988) ("'especially heinous, atrocious, or cruel'").

No. 94–7589. KLINGER ET AL. *v.* NEBRASKA DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Motion of National Women's Law Center et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 94–7623 (A–512). BURDINE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 93–1140. JAMES B. BEAM DISTILLING CO. *v.* GEORGIA ET AL., *ante*, p. 1056;

No. 93–6735. GOINES ET AL. *v.* JAMES ET AL., 510 U. S. 1057;

No. 93–8976. KENT *v.* BECHTEL GROUP, INC., *ante*, p. 830;

No. 94–622. GREENE *v.* SOUTH CAROLINA ELECTION COMMISSION ET AL., *ante*, p. 1017;

No. 94–639. MCKENNA *v.* UNITED STATES, *ante*, p. 1002;

No. 94–5005. STEARMAN *v.* CITY OF GREENVILLE, TEXAS, ET AL., *ante*, p. 879;

No. 94–5038. STEARMAN *v.* UNITED STATES, *ante*, p. 933;

No. 94–5470. STANKOWSKI *v.* NEW JERSEY, *ante*, p. 949;

No. 94–5684. GREER *v.* PENNSYLVANIA, *ante*, p. 936;

No. 94–5868. PEW *v.* COX, *ante*, p. 969;

No. 94–6199. MILLER *v.* UNITED STATES, *ante*, p. 977;

No. 94–6201. LOVE *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1022;

No. 94–6251. ENGLERT *v.* SMALL BUSINESS ADMINISTRATION, *ante*, p. 1086;

No. 94–6348. JAMERSON *v.* CALIFORNIA, *ante*, p. 1025;

No. 94–6358. DIAZ LOPEZ *v.* COMMONWEALTH OIL REFINING CO., INC., ET AL., *ante*, p. 1025;

No. 94–6391. IN RE SMITH, *ante*, p. 1075;

No. 94–6455. WATSON ET AL. *v.* FARLOW ET AL., *ante*, p. 1047;

No. 94–6465. ALDERMAN *v.* THOMAS, WARDEN, *ante*, p. 1061;

1186

No. 94–6512.   Roy v. University of Hawaii et al., *ante*, p. 1062;

No. 94–6547.   Clark v. Maryland, *ante*, p. 1048;

No. 94–6569.   Long v. Louisiana, *ante*, p. 1062;

No. 94–6645.   Farr v. Davis et al., *ante*, p. 1063;

No. 94–6650.   McDowell v. United States, *ante*, p. 1031;

No. 94–6669.   Van Hook v. Ohio, *ante*, p. 1063;

No. 94–6700.   Judd v. Gonzales, Secretary of State of New Mexico, *ante*, p. 1089;

No. 94–6744.   Hartford v. Arizona Department of Economic Security, *ante*, p. 1090;

No. 94–6774.   Corrigan v. United States, *ante*, p. 1063;

No. 94–6796.   Betka v. Smith et ux., *ante*, p. 1092;

No. 94–6798.   Chatters v. Thurman, Warden, et al., *ante*, p. 1092;

No. 94–6811.   Brown v. Nobles, *ante*, p. 1093;

No. 94–6812.   Burley v. McDonnell Douglas Helicopter Co., *ante*, p. 1093;

No. 94–6930.   Thakkar v. DeBevoise, *ante*, p. 1097;

No. 94–6952.   Hensler v. United States, *ante*, p. 1098;

No. 94–6998.   Brown v. McGinnis, Director, Michigan Department of Corrections, et al., *ante*, p. 1099;

No. 94–7284.   In re Roemer, *ante*, p. 1109; and

No. 94–7355.   In re Bond, *ante*, p. 1109.   Petitions for rehearing denied.

No. 94–793.   Eick v. United States, *ante*, p. 1059;

No. 94–5204.   Hines v. Rocha, Warden, *ante*, p. 890; and

No. 94–6557.   Greene v. Phelps et al., *ante*, p. 1062.   Motions for leave to file petitions for rehearing denied.

February 27, 1995

No. 94–1170.   Johnson et al. v. American Airlines, Inc., et al.   App. Ct. Ill., 1st Dist.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *American Airlines, Inc.* v. *Wolens, ante*, p. 219.

No. 94–6308.   Robinson v. Arvonio, Superintendent, East Jersey State Prison, et al.   C. A. 3d Cir.   Motion of peti-